978 F.2d 1255w
 142 L.R.R.M. (BNA) 2384
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
SO-LO FOODS, INC., t/a Bi-Lo; So-Lo Foods, Inc., t/a Valu
Food, Respondent.
 No. 91-1892.
 United States Court of Appeals,
Fourth Circuit.
 Argued: June 1, 1992
Decided: October 30, 1992
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION